UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-23882-CIV-GAYLES/TURNOFF

LAWRENCE WRENN,

    Petitioner,
_____/

### ORDER

**THIS CAUSE** came before the Court on a *sua sponte* review of the record. The Court has carefully reviewed the record and applicable law.

### BACKGROUND

On October 20, 2014, Petitioner Lawrence Wrenn filed an Emergency Petition for Judicial Review and Determination of Legal Tender (the "Petition"). [ECF No. 1]. In his Petition, Mr. Wrenn alleges that he prepared an "International Promissory Note" to pay off a motor vehicle he financed through Honda Financial Services. Mr. Wrenn served the International Promissory Note on the CFO of Honda. Honda Financial Services later repossessed the vehicle in a case before Judge Cueto in the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida, Case No. 2014-CA-15261. Mr. Wrenn does not name Honda Financial Services as a defendant in this action. Mr. Wrenn asks the Court to make a determination that International Promissory Notes are legal tender for all public and private debts.

### DISCUSSION

"[A] federal court always has jurisdiction to determine its own jurisdiction." *United States v. Ruiz*, 536 U.S. 622, 628 (2002) (citing *United States v. Mine Workers*, 330 U.S. 258, 291 (1947)). The Court may *sua sponte* dismiss a complaint for lack of subject matter

jurisdiction at any time.  *See Cadet v. Bulger*, 377 F.3d 1173, 1179 (11th Cir. 2004)("Federal courts are obligated to inquire into subject-matter jurisdiction *sua sponte* whenever it may be lacking").

The Court finds subject matter jurisdiction lacking in this case.  Although Mr. Wrenn references the United Nations Commission on International Trade Law ("UNCITRAL"), he does not explain how this international treaty confers federal jurisdiction.  *See GMAC Mortgage, LLC v. Jackson*, Bo. 5:11-cv-00158-JHN, 2011 WL 588714 (C.D. Cal. 2011)(finding UNCITRAL does not confer federal jurisdiction). Based thereon, it is

**ORDERED AND ADJUDGED** that this case is DISMISSED for lack of subject matter jurisdiction.  The Clerk of Court is directed to **CLOSE** this case.  All pending motions in this matter are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of October, 2014.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge Turnoff
      All Counsel of Record